UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-2041-SIMONTON

UNITED STATES OF AMERICA

vs.

ARMANDO Z. VEGA,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes  _x_ No
   If yes, was it pending in the Central Region?
   ___ Yes ___ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes  _x_ No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003? ____ Yes  _x_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes  _x_ No

5. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes  _x_ No

                Respectfully submitted,

                R. ALEXANDER ACOSTA
                UNITED STATES ATTORNEY

BY: _____
        MARK DISPOTO
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501143
        99 N. E. 4th Street
        Miami, Florida  33132-2111
        TEL (305) 961-9136
        FAX (305) 530-7976

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

ARMANDO Z. VEGA

CRIMINAL COMPLAINT

CASE NUMBER: 08-2041-SIMONTON

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 11, 2008, the defendant, ARMANDO Z. VEGA, did threaten to assault or murder federal law enforcement officers, that is, employees of the United States Citizens Immigration Service Building, including but not limited to Officer "C.Q.," with intent to impede, intimidate or interfere with such law enforcement officers while engaged in the performance of official duties and with intent to retaliate against such law enforcement officer on account of the performance of official duties; in violation of Title 18, United States Code, Section 115(a)(1)(B); and the defendant did knowingly without lawful authority, threaten the use of a weapon of mass destruction, that is, a destructive device including any explosive incendiary bomb, grenade, or similar device as defined in Title 18, United States Code, Section 921, against a property that is owned, leased, or used by the United States or by any department or agency of the United States, in violation of Title 18, United States Code, Section 2332a(a)(3).

I further state that I am a Federal Police Officer with the Federal Protective Service Department of Homeland Security and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
ANTONIO CASON, FEDERAL POLICE OFFICE
FEDERAL PROTECTIVE SERVICE
DEPARTMENT OF HOMELAND SECURITY

Sworn to before me, and subscribed in my presence,

JANUARY 15, 2008                               at  Miami, Florida
Date                                               City and State

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer

**AFFIDAVIT**
of
**Antonio Cason**
POLICE OFFICER
FEDERAL PROTECTIVE SERVICE

I, ANTONIO CASON, being duly sworn, depose and state:

1. I have been employed as a Federal Law Enforcement Officer since December 20, 2001. I am currently a police officer with the Department of Homeland Security, Federal Protective Service ("FPS") and am assigned to the Miami Office at the Claude Pepper Federal Office Building. Prior to this assignment, I worked as a police officer for the Department of Defense for approximately two years in Miami. I have also served eight years in the United States Army.

2. As a police officer with the Federal Protective Service, my duties include enforcing federal laws, rules and regulations that govern federal buildings and government employees. I perform duties as a uniformed law enforcement officer under 40 U.S.C § 1315 enforcing statutes, laws, building rules and regulations, and the protection of federal property and all persons on federal property.

3. This affidavit is made in support of a criminal complaint charging ARMANDO Z. VEGA with violations of 18 U.S.C. § 115(a)(1)(B) and 18 U.S.C. § 2332a(a)(3). This affidavit is based upon my personal knowledge and information as well as information provided to me by other law enforcement officers and civilian witnesses. While I believe that this affidavit contains facts more than sufficient to

1

establish probable cause, it does not contain all the facts known to me relating to this investigation.

4. On January 11, 2008, at approximately 11:07 a.m., ARMANDO Z. VEGA arrived at the Citizens Immigration Service Building located at 7880 Biscayne Boulevard in Miami for the purpose of confirming an appointment. This building is leased by the United States government. Because of the defendant's criminal history, he is required to report periodically to a deportation officer, a federal law enforcement officer employed by the Department of Homeland Security, Immigration and Customs Enforcement located on the 6th Floor of the building. Several other persons arrived at the building at or around the same time for the same or similar purpose.

5. Contract Security Officer "Q" contacted the deportation office about the people present for appointments and was asked to inform the individuals that they would have to return the following Monday, January 14, 2008. Contract Security Officer "Q" is considered a "federal law enforcement officer" under Title 18, United States Code, section 115(c)(1). Many of the employees of the Citizens Immigration Service Building are also considered "federal law enforcement officers" under Title 18, United States Code, section 115(c)(1).

6. Officer "Q" then informed persons waiting to gain entrance to the Immigration building that they would have to return on Monday. Officer "Q" said that all other persons vacated the area except ARMANDO Z. VEGA who became irate and said in Spanish, "If I were a terrorist, I would blow up this building." He

repeated his threat at least three more times by stating in Spanish, "I am sick and tired of reporting to the 6th Floor. I will blow up this building" while uttering profanities. Soon thereafter, ARMANDO Z. VEGA ran across the street and fled the scene. Officer "Q" considered the threat to be serious and felt intimidated by Vega's threat. Officer "Q" reported the incident immediately to the Federal Protective Service.

7. The United States government leases the building located at 7880 Biscayne Boulevard and is the sole occupant of said building. At all times, there are at least two security guards present.

8. Based on the foregoing, it is my belief that there exists probable cause that ARMANDO Z. VEGA threatened to assault a federal law enforcement officer with the intent to impede, intimidate or interfere such law enforcement officer while engaged in the performance of official duties or with the intent to retaliate against such law enforcement officer on the account of the performance of official duties in violation of 18 U.S.C. § 115a(1)(B). Furthermore, it is my belief that there exists probable cause that ARMANDO Z. VEGA threatened to use a weapon of mass destruction, that is, a destructive device including any explosive, incendiary, bomb, grenade, or similar device as defined in Title 18, United States Code, Section 921, against any property

that is owned, leased or used by the United States or by any department or agency of the United States in violation of 18 U.S.C. § 2332a(a)3.

FURTHER AFFIANT SAYETH NAUGHT.

ANTONIO CASON
POLICE OFFICER
FEDERAL PROTECTIVE SERVICE
DEPARTMENT OF HOMELAND SECURITY

Sworn and subscribed before me this
___15th___ day of January, 2008, at
Miami, Florida

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE